**Order entered February 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00376-CR

### JOE HENRY MACK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court Cause No. 002-80956-2013**

## ORDER

The Court **REINSTATES** this appeal.

On February 13, 2014, we ordered Robert Hultkrantz removed as appellant's appointed attorney and ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Bo Kalabus as appellant's new attorney.

We **DIRECT** the Clerk to list Bo Kalabus as appellant's appointed attorney of record.

We **ORDER** appellant to file his brief within **FORTY-FIVE DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    LANA MYERS
        JUSTICE